USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/2/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY CASTILLO,

                Plaintiff,        16-cv-6166 (JGK)

    - against -

                                  **ORDER**

ZISHAN, INC., ET AL.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

    This Court found that the plaintiff is entitled to a default judgment against the defendants Zishan, Inc. and Muhammad Zishan on his claims for violations of the Fair Labor Standards Act and New York Labor Law. The Court referred the case to Magistrate Judge Pitman for an inquest on damages. The Court has reviewed the Report and Recommendation of Magistrate Judge Pitman dated April 6, 2018. The Report recommends that the Court enter judgment against the defendants in the amount of $69,531.39 in damages and attorneys' fees.

    No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and Recommendation.

The Clerk of Court is directed to enter judgment in favor of the plaintiff and against the defendants jointly and severally in the amount of $69,531.39. The Clerk of Court is also directed to close this case.

**SO ORDERED.**

**Dated:** **New York, New York**
**May 2, 2018**

_____
John G. Koeltl
United States District Judge